# EXHIBIT A

09/22/2006 11:50 FAX 916 ███ ███3        HACKARD & HOLT                    ☒021/043

1  Theodore J. Holt, SBN 148899
   David R. Zarka, SBN 103185
2  Alissa S. Holt, SBN 217005
   HACKARD & HOLT
3  11335 Gold Express Drive, Suite 105
   Gold River, CA 95670
4  Telephone: (916) 853-3000
   Facsimile: (916) 853-3010
5

6  Attorneys for Plaintiffs
   GENEVA STYLES and JOHN STYLES
7

8           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| Coordination Proceeding<br>Special Title (Rule 1550(b))<br><br>VIOXX® CASES<br><br>———————————————<br><br>GENEVA STYLES and JOHN STYLES,<br><br>           Plaintiffs,<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation; McKESSON CORPORATION, a corporation; AMERISOURCEBERGEN DRUG CORPORATION, a corporation; PFIZER, INC.; PHARMACIA CORPORATION; G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.); DOES 1 to 100; PHARMACEUTICAL DEFENDANT DOES 101 to 200, and DISTRIBUTOR DEFENDANT DOES 201 to 300, inclusive,<br><br>           Defendants. | JCCP No. 4247<br><br>Case No.: **BC359104**<br><br>County of Origin: <u>Nevada</u><br>Superior Court<br><br>*(By Order of the Honorable Victoria G. Chaney, the designated county of origin shall be deemed, and is stipulated to be, the original county in which this case was initially filed and pending for purposes of removal under U.S.C. § 1441(a) and potential trial venue.)*<br><br>COMPLAINT: AMENDED NOTICE OF ADOPTION OF VIOXX MASTER COMPLAINT (2005 Amended NOA)<br><br>Assigned to Honorable Victoria G. Chaney, Department 324 |

      Plaintiffs, GENEVA STYLES and JOHN STYLES, complain of Defendants, and each of

them, and allege as follows:

      Pursuant to the Court's Case Management Order No. 3: General Pre-trial Order and Case

Management Order No. 6: Order Regarding Direct Filing, Plaintiffs, GENEVA STYLES and

                                            1

Complaint: Amended Notice of Adoption of Vioxx Master Complaint (2005 Amended NOA)

11350988.tif - 9/22/2006 11:52:26 AM

M0086431261

09/22/2006 11:51 FAX  916 ███ ██13      HACKARD & HOLT                              ☒022/043

1  JOHN STYLES, hereby adopt the Master Complaint, and any rulings or orders of the Court
2  relating thereto:
3      1. (a)  <u>Causes of action and Parties alleged in the Master Complaint.</u>  Plaintiffs
4  incorporate by reference each of the causes of action in the Master Complaint checked below:
5       ☒  Strict Liability – Failure to Warn
6       ☒  Negligence
7       ☒  Negligence Per Se
8       ☒  Breach of Implied Warranty
9       ☒  Breach of Express Warranty
10      ☒  Deceit by Concealment
11      ☒  Negligent Misrepresentation
12      ☒  Violation of Business & Professions Code § 17200
13      ☒  Violation of Business & Professions Code § 17500
14      ☐  Wrongful Death
15      ☐  Survivor Action
16      ☒  Loss of Consortium
17     (b)  <u>Causes of Action and/or Parties not alleged in the Master Complaint.</u>
18  Plaintiffs allege additional causes of action and/or names additional parties not mentioned
19  in the Master Complaint as follows: <u>PFIZER, INC., PHARMACIA CORPORATION, G.D.
20  SEARLE LLC, (FKA G.D. SEARLE & CO.) and RUSSELL GRIEF, M.D. See attached.</u>
21      2.  Plaintiffs are residents of the State of California, County of Nevada. Plaintiffs'
22  injuries as alleged in this litigation occurred in the County of Nevada, in the State of California.
23      3.  Plaintiff ☒ is/ ☐ is not claiming damages for mental and/or emotional distress.
24      4.  ☒  Plaintiff, GENEVA STYLES, is an individual who ingested VIOXX®,
25  CELEBREX and/or BEXTRA and who asserts claims for damages herein by complaining of the
26  following injuries: <u>Including but not limited to heart attack and related injuries, rash, elevated</u>
27
28                                                    2

<u>Complaint</u>: Amended Notice of Adoption of Vioxx Master Complaint (2005 Amended NOA)
11350988 tif - 9/22/2006 11:52:26 AM

M008643127

09/22/2006 11:51 FAX 916●●●●013         HACKARD & HOLT         ⌀023/043

1  hepatic function tests, blood pressure spikes, nausea and stomach pain and discomfort.

☒  Plaintiff, JOHN STYLES, is the spouse of Plaintiff, GENEVA STYLES, an individual who ingested VIOXX®, CELEBREX and/or BEXTRA and allegedly sustained personal injuries as a result.

☐  Plaintiff's decedent, _____, is an individual who ingested VIOXX® and allegedly sustained fatal injury as a result. The following plaintiffs and heirs of plaintiff's decedent, or other persons entitled to bring an action for the wrongful death of plaintiff's decedent, and bring the causes of action alleged herein pursuant to Code of Civil Procedure § 377.60:_____

☐  Plaintiff is a personal representative or successor in interest to decedent, _____, who ingested VIOXX® and allegedly sustained fatal injury as a result, and is authorized to bring a survivor action on behalf of the decedent pursuant to Code of Civil Procedure § 377.31, et seq. Plaintiff has been appointed as the decedent's personal representative or successor in interest by the following court, on the following date:_____

5. The Vioxx, Celebrex and/or Bextra ingested by Plaintiff, GENEVA STYLES, was purchased at the following pharmacies (*provide name and address of each pharmacy*): Burns Prescription Pharmacy, 866 Lancaster Blvd., Lancaster, CA 93534

6. (*If plaintiff alleges a cause of action for deceit by concealment and/or a cause of action for negligent misrepresentation, plaintiff must complete this section.*) Plaintiffs claim that Defendants are liable to Plaintiffs for deceit by concealment and/or negligent misrepresentation based on the following allegations:

(a) What allegedly false statement(s) did Defendants make to you or your doctor (*if doctor, state the name and address of the doctor*)?: Plaintiffs incorporate by reference each every allegation as set forth in Plaintiffs' Master Complaint as though fully set forth herein.

3

Complaint: Amended Notice of Adoption of Vioxx Master Complaint (2005 Amended NOA)

11350988.tif - 9/22/2006 11:52:26 AM

M008643128

09/22/2006 11:51 FAX 916 8██ ██13     HACKARD & HOLT     ☑024/043

1  In an effort to increase sales of the drug and improve profits, Defendants concealed and
2  misrepresented the safety of Vioxx and Bextra by and through documents and pharmaceutical
3  representatives. Defendants did not include accurate portrayals of the risks associated with Vioxx
4  and Bextra and concealed the serious cardiovascular and other risks of Vioxx and Bextra.
5  Defendants knew of these adverse risks through clinical trials and adverse event reports as well as
6  other sources, yet did not divulge the information.

7     (b)  State the name and job title of the individual(s) who made the above-
8  described statements to you or your doctor?: Plaintiffs incorporate by reference each every
9  allegation as set forth in Plaintiffs' Master Complaint as though fully set forth herein. On
10 information and belief, Defendants and Defendants' sales representatives withheld and denied the
11 adverse health effects.

12    (c)  When, and by what means (e.g., writing, oral statement, television, Internet,
13 etc.), were the above-described statements made to you or your doctor?: Plaintiffs incorporate by
14 reference each every allegation as set forth in Plaintiffs' Master Complaint as though fully set
15 forth herein. On information and belief, written communications, oral statements and other
16 means were used to misrepresent the ill effects of Vioxx and Bextra. Defendants concealed the
17 significant increases in adverse cardiovascular events among Vioxx and Bextra users in all means
18 of communication.

19    (d)  When, and how, did you or your doctor rely on the above-described
20 statements?: Plaintiffs incorporate by reference each every allegation as set forth in Plaintiffs'
21 Master Complaint as though fully set forth herein. Plaintiff's doctor relied on the
22 misrepresentation and concealment by prescribing Vioxx and Bextra as treatment. Plaintiff relied
23 on the misrepresentation by ingesting the dangerous drugs.

24    (e)  If the above-described statements were false by virtue of Defendants'
25 concealment of facts that were known by Defendants, state the facts that were concealed and that,
26 if known by you or your doctor, would have prevented your alleged injury: Plaintiffs incorporate
27 by reference each every allegation as set forth in Plaintiffs' Master Complaint as though fully set
28

4

Complaint: Amended Notice of Adoption of Vioxx Master Complaint (2005 Amended NOA)

11360988.6 - 9/22/2006 11:52:26 AM

M008643129

09/22/2006 11:51 FAX 916████2013        HACKARD & HOLT                    ☒025/043

1 forth herein. Defendants concealed the serious cardiovascular and other risks associated with Vioxx and Bextra. Defendants withheld findings from adverse event reports, clinical trials and studies which showed statistically significant increases in cardiovascular events among Vioxx and Bextra users.

7. Plaintiffs request the relief checked below:

- ☒ Past and future general damages, according to proof.
- ☒ Past and future medical and incidental expenses, according to proof.
- ☒ Past and future loss of earnings and/or earning capacity, according to proof.
- ☒ Punitive and exemplary damages, where permitted by law.
- ☒ Damages for past and future mental and/or emotional distress, according to proof.
- ☒ Damages for past and future loss of consortium, according to proof.
- ☒ Costs of suit incurred herein.
- ☐ Injunctive relief (specify): _____
- ☒ Other (specify): ___For disgorgement of profits according to proof, for attorneys fees and for such other and further relief as this Court deems just and proper.___

Dated: 9\22 , 2006

HACKARD & HOLT

By: _____
ALISSA S. HOLT
Attorneys for Plaintiffs
GENEVEA STYLES and JOHN STYLES

5

Complaint: Amended Notice of Adoption of Vioxx Master Complaint (2005 Amended NOA)
11350988.fff - 9/22/2006 11:52:26 AM

M008643130