**Attachment to Civil Cover Sheet Additional Attorneys**

Attorneys for Defendant
McKesson Corporation:

Anthony G. Brazil, Esq.
Kanika D. Corley, Esq.
Morris Polich & Purdy, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA  90017
Telephone:  (213) 891-9100

Attorneys for Defendant
Amerisourcebergen Drug Corporation

Anthony G. Brazil, Esq.
Kanika D. Corley, Esq.
Claudine Horowitz, Esq.
Morris Polich & Purdy, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA  90017
Telephone:     (213) 891-9100

Attorneys for Defendants
Pfizer, Inc.; Pharmacia Corporation and G. D. Searle LLC

Peter E. Schnaitman, Esq.
Tae-Yoon Kim, Esq.
Tucker, Willis & West
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA  90017-2475
Telephone:     (213) 430-3400