CIVIL, CLOSED

## U.S. District Court
### Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:06-cv-02812-FCD-GGH
### Internal Use Only

Styles et al v. Merck & Company, Inc. et al
Assigned to: Judge Frank C. Damrell, Jr
Referred to: Magistrate Judge Gregory G. Hollows
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 12/11/2006
Date Terminated: 06/28/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Geneva Styles**  represented by  **Alissa S. Holt**
Hackard & Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: aholt@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea J. McNeil**
Hackard and Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: amcneil@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Styles**  represented by  **Alissa S. Holt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea J. McNeil**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

| | |
|---|---|
| Merck & Company, Inc. | represented by **Kevin Michael Hara**<br>Reed Smith LLP (Oakland)<br>1999 Harrison Street<br>Suite 2400<br>PO Box 2084<br>Oakland, CA 94612-2084<br>(510) 466-6761<br>Fax: (510) 273-8832<br>Email: khara@reedsmith.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| McKesson Corporation | represented by **Anthony G Brazil**<br>Morris Polich & Purdy, LLP<br>1055 West 7th Street<br>24th Floor<br>Los Angeles, CA 90017<br>213891-9100 5120<br>Fax: 213488-1178<br>Email: abrazil@mpplaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanika D. Corley**<br>Morris Polich and Purdy<br>1055 West Seventh Street<br>24th Floor<br>Los Angeles, CA 90017<br>(213) 891-9100<br>Fax: (213) 488-1178<br>Email: kcorley@mpplaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| Amerisourcebergen Corporation | represented by **Anthony G Brazil**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanika D. Corley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| Pfizer Inc. | represented by **Peter Edward Schnaitman** |

                                                                              Tucker Ellis and West
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475
213-430-3400
Email:
pcter.schnaitman@tuckerellis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tae-Yoon Kim**
Tucker Ellis & West
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017
213-430-3400
Fax: 213-430-3409
Email: tae.kim@tuckerellis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**  represented by **Peter Edward Schnaitman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tae-Yoon Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G. D. Searle LLC**  represented by **Peter Edward Schnaitman**
*formerly known as*  (See above for address)
**G. D. Serle & Co.**  *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tae-Yoon Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/11/2006 | 1 | NOTICE of REMOVAL *Of Action Under 28 U.S.C. Section 1441(B)* from Los Angeles County Superior Court, case number BC359104. by Merck & Company, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 |

| | | |
|---|---|---|
| | | Exhibit H # 9 Civil Cover Sheet # 10 Attachment to Civl Cover Sheet) (Hara, Kevin) (Entered: 12/11/2006) |
| 12/11/2006 | 2 | NOTICE of *Defendants Pfizer Inc., Pharmacia Corporation, And G. D. Searle LLC's* consent to 1 Notice of Removal by Merck & Company, Inc.. (Hara, Kevin) Modified on 12/12/2006 (Yin, K). (Entered: 12/11/2006) |
| 12/11/2006 | | (Court only) SUBMISSION of CREDIT CARD INFORMATION for Removal from State Court Filing Fee in the amount of $350.00; Type of Credit Card: MasterCard Name as it appears on Credit Card: Louis W. Tullius Reed Smith Gov Filings Contact Telephone Number: (412) 288-3131 Street: 435 Sixth Avenue Zip code: 15219 Credit Card Number: xxxx-xxxx-xxxx-xxxx Expiration Date: xx/xx Security Code: xxx (Hara, Kevin) (Entered: 12/11/2006) |
| 12/11/2006 | 3 | NOTICE of RELATED CASE 2:05-cv-02140, 2:05-cv-02199, 2:05-cv-02203, 2:05-cv-02193, 2:05-cv-02240, 2:05-cv-02218, 2:05-cv-02267, 2:05-cv-02436, 2:05-cv-02437, 2:05-cv-02446, 2:05-cv-02464, 2:05-cv-02465, 2:05-cv-02567, 2:05-cv-02568, 2:05-cv-02584, 2:06-cv-00062, 2:05-cv-2609, 2:06-cv-00082, 2:06-cv-2399, 2:06-cv-00241 by Merck & Company, Inc.. *including 2:06-cv-00281; 2:06-cv-00324; 2:06-cv-00330; 2:06-cv-00477; 2:06-cv-0487; 2:06-cv-0583; 2:06-cv-0593; 2:06-cv-0617; 2:06-cv-00653; 2:06-cv-0675; 2:06-cv-0692; 2:06-cv-0690; 2:06-cv-00694; 2:06-cv-0718; 2:06-cv-0728; 2:06-cv-0774; 2:06-cv-01294; 2:06-cv-1313; 2:06-cv-00993; 2:06-cv-01597; 1:06-cv-01006; 2:06-cv-01826; 2:06-cv-1845; 2:06-cv-1941; 2:06-cv-1954; 2:06-cv-1957; 2:06-cv-1973; 2:06-cv-1977; 2:06-cv-1978; 2:06-cv-2079; 2:06-cv-2093; 2:06-cv-2102; 2:06-cv-2103; 2:06-cv-02215; 2:06-cv-2281; 2:06-cv-2284; 2:06-cv-2285; 2:06-cv-2275; 2:06-cv-2283; 2:06-cv-2332; 2:06-cv-2350; 2:06-cv-2362; 2:06-cv-2352; 2:06-cv-2354; 2:06-cv-2348; 2:06-cv-2351; 2:06-cv-2349; 2:06-cv-2346; 2:06-cv-02436; 2:06-cv-02434; 2:06-cv-02431; 2:06-cv-02422; 2:06-cv-02344; 2:06-cv-02473; 2:06-cv-02474; 2:06-cv-02477; 2:06-cv-02471; 2:06-cv-02472; 2:06-cv-02479; 2:06-cv-02480; 2:06-cv-02489, 2:06-cv-02490, 2:06-cv-02473, 2:06-cv-02474, 2:06-cv-02477, 2:06-cv-02471, 2:06-cv-02472, 2:06-cv-02479, 2:06-cv-02512, 2:06-cv-02520, 2:06-cv-02516, 2:06-cv-02518, 2:06-cv-02525, 2:06-cv-02523, 2:06-cv-02546, 2:06-cv-02547, 2:06-cv-02548, 2:06-cv-02559, 2:06-cv-02560, 2:06-cv-02563, 2:06-cv-02568; 2:06-cv-02574; 2:06-cv-02575; 2:06-cv-02598; 2:06-cv-02599; 2:06-cv-02600; 2:06-cv-02601; 2:06-cv-02717; 2:06-cv-02768; 2:06-cv-02776; 2:06-cv-02780; 2:06-cv-02807 and 2:06-cv-02787* (Hara, Kevin) (Entered: 12/11/2006) |
| 12/12/2006 | 4 | (Court only) PROCESS CREDIT CARD (Yin, K) (Entered: 12/12/2006) |
| 12/12/2006 | | RECEIPT number 17060 for $350.00 for New Case Filing Fee from |

| | | |
|---|---|---|
| | | Louis W. Tullius/Reed Smith Gov Filings. (Manzer, C) (Entered: 12/12/2006) |
| 12/12/2006 | 5 | *DISREGARD* SUMMONS ISSUED as to *Merck & Company, Inc., McKesson Corporation, Amerisourcebergen Corporation, Pfizer Inc., Pharmacia Corporation, G. D. Searle LLC* with answer to complaint due within *20* days. Attorney *Theodore J. Holt, Esq* *Hackard & Holt* *11335 Gold Express Drive Suite 105* *Gold River, Ca 95670*. (Manzer, C) Modified on 12/12/2006 (Manzer, C). (Entered: 12/12/2006) |
| 12/12/2006 | 6 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Manzer, C) (Entered: 12/12/2006) |
| 12/12/2006 | 7 | CLERK'S NOTICE of DOCKET CORRECTION re 5 Summons, Summons issued in ERROR, please DISREGARD. (Manzer, C) (Entered: 12/12/2006) |
| 12/12/2006 | 8 | ANSWER to COMPLAINT with Jury Demand by McKesson Corporation.(Corley, Kanika) (Entered: 12/12/2006) |
| 12/12/2006 | 9 | NOTICE by McKesson Corporation *of Certification and Interested Parties* (Corley, Kanika) Modified on 12/13/2006 (Marciel, M). (Entered: 12/12/2006) |
| 12/13/2006 | 10 | CERTIFICATE of SERVICE by Merck & Company, Inc. for 1 Notice of Removal - ATY,. (Hara, Kevin) Modified on 12/13/2006 (Marciel, M). (Entered: 12/13/2006) |
| 12/21/2006 | 11 | ANSWER to COMPLAINT with Jury Demand by Pfizer Inc..(Kim, Tae-Yoon) (Entered: 12/21/2006) |
| 12/22/2006 | 12 | NOTICE of RELATED CASE 2:06-cv-02780, 2:06-cv-02787, 2:06-cv-02807, 2:06-cv-02812, 2:06-cv-02814, 2:06-cv-02817, 2:06-cv-02826, 2:06-cv-02829, 2:06-cv-02830, 2:06-cv-02833, 2:06-cv-02851, 2:06-cv-02853, 2:06-cv-02875 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 12/22/2006) |
| 12/29/2006 | 13 | ANSWER to COMPLAINT with Jury Demand by Amerisourcebergen Corporation.(Corley, Kanika) (Entered: 12/29/2006) |
| 01/10/2007 | 14 | MOTION to REMAND by Geneva Styles, John Styles. Attorney McNeil, Andrea J. added. Motion Hearing set for 3/2/2007 at 10:00 AM in Courtroom 2 (AWI) before Judge Frank C. Damrell Jr.. (Attachments: # 1 Memorandum Plaintiff Geneva Styles and John Styles' Memorandum of Points and Authorities in Support of Motion to Remand to the Superior Court of the State of California, County of Los Angeles, JCCP 4247# 2 Declaration Declaration of Andrea J. McNeil in Support of Plaintiff Geneva Styles and John Styles' Motion to Remand to the Superior Court of California, County of Los Angeles, JCCP 4247# 3 Exhibit Exhibits A - E to the Declaration of Andrea J. McNeil in Support of Plaintiff Geneva Styles and John Styles' Motion to Remand to the Superior Court of California, County of Los Angeles, JCCP 4247# 4 Proposed Order [Proposed] Order Granting Plaintiff Geneva Styles and John Styles' |

| | | |
|---|---|---|
| | | Motion to Remand to the Superior Court of the State of California, County of Los Angeles, JCCP 4247)(McNeil, Andrea) (Entered: 01/10/2007) |
| 01/15/2007 | 15 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00062, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 01/15/2007) |
| 01/17/2007 | 16 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00061, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 01/17/2007) |
| 01/30/2007 | 17 | MINUTE ORDER: from CRD M. Price for Judge Frank C. Damrell Jr. on 1/30/07 re 14 Motion to Remand - MOOT in light of MDL order dtd 1/25/07. Hearing set for 3/2/07 is VACATED. Motion may be renoticed, if necessary, at a later date. (Attachments: # 1 MDL order, dtd 1/25/07) (Price, M) (Entered: 01/30/2007) |
| 04/04/2007 | 18 | NOTICE of RELATED CASE 2:07-cv-00623, 2:07-cv-00626 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 04/04/2007) |
| 06/28/2007 | 19 | ORDER, CASE TRANSFERRED to the Northern District of California. File, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Yin, K) (Entered: 06/28/2007) |