UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA® AND CELEBREX® MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699<br><br>Judge Charles R. Breyer |
| THIS DOCUMENT RELATES TO:<br><br>Geneva Styles:   3:07-cv-03415-CRB | **NOTICE OF CHANGE OF HANDLING ATTORNEY** |

**NOTICE OF CHANGE OF HANDLING ATTORNEY**

Please take notice that the attorney previously handling the Plaintiff's case listed above has changed.

The prior handling attorney's information is as follows:

Alissa S. Holt (California State Bar No. 217005)
Hackard & Holt
11335 Gold Express Drive, Suite 105
Gold River, California 95670
916-853-3000
aholt@hackardlaw.com

The new attorney handling the Plaintiffs' cases listed above is as follows:

Marjan Pejuhesh (California State Bar No. 241248)
Hackard & Holt
11335 Gold Express Drive, Suite 105
Gold River, California 95670
916-853-3000
mpejuhesh@hackardlaw.com

DATED: March 20, 2008                    HACKARD & HOLT

                                         By:   /s/ Marjan Pejuhesh
                                         Marjan Pejuhesh, Esq. (CA SBN 241248)
                                         HACKARD & HOLT
                                         11335 Gold Express Drive, Suite 105
                                         Gold River, California 95670

Telephone: 916-853-3000
Facsimile: 916-853-3010
Email: mpejuhesh@hackardlaw.com
Attorneys for Plaintiffs

\* \* \* \* \*

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2008, a copy of the above and foregoing Notice of Change of Handling Attorney has been served upon all counsel of record in this matter through the electronic filing system using the CM/ECF.

     /s/ Marjan Pejuhesh
Marjan Pejuhesh, Esq. (CA SBN 241248)

---

NOTICE OF CHANGE OF HANDLING ATTORNEY
2